IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

LIVING LANDS, LLC,
a West Virginia Limited Liability Company,
D. C. CHAPMAN VENTURES, INC.
a West Virginia Business Corporation,

                  Plaintiffs,

v.                                                  CIVIL ACTION NO.  3:20-0275

JACK CLINE,
an Individual West Virginia Resident;
BRADY CLINE COAL CO.,
a dissolved West Virginia Business Corporation,
solely to the extent of its undistributed assets,
specifically including the remaining limits of its
available liability coverage under liability insurance
policies covering it and its officers and directors;
SPRUCE RUN COAL COMPANY,
a dissolved West Virginia Business Corporation,
solely to the extent of its undistributed assets,
specifically including the remaining limits of its
available liability coverage under liability insurance
policies covering it and its officers and directors;

                  Defendants.

**JUDGMENT ORDER AS TO DEFENDANT WARD**

In its February 21, 2023 Memorandum Opinion and Order (ECF No. 124), the Court granted summary judgment as to all remaining claims against Defendant Ward. In the accompanying Memorandum Opinion and Order, the Court denies Plaintiffs' motion to reconsider (ECF No. 132) and grants Defendant Ward's motion to certify (ECF No. 130), finding its decision as to the claims against Defendant Ward is final and there is no just reason for delaying an appeal. Therefore, pursuant to Federal Rule of Civil Procedure 54(b), the Court **DIRECTS** the Clerk to

enter judgment in favor of Harold Ward in accordance with the February 21, 2023 Memorandum Opinion and Order (ECF No. 124).

The Court further **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented parties.

ENTER: May 15, 2023

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE