IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

LIVING LANDS, LLC,
a West Virginia Limited Liability Company,
D. C. CHAPMAN VENTURES, INC.
a West Virginia Business Corporation,

                  Plaintiffs,

v.                            CIVIL ACTION NO.   3:20-0275

JACK CLINE,
an Individual West Virginia Resident;
BRADY CLINE COAL CO.,
a dissolved West Virginia Business Corporation,
solely to the extent of its undistributed assets,
specifically including the remaining limits of its
available liability coverage under liability insurance
policies covering it and its officers and directors;
SPRUCE RUN COAL COMPANY,
a dissolved West Virginia Business Corporation,
solely to the extent of its undistributed assets,
specifically including the remaining limits of its
available liability coverage under liability insurance
policies covering it and its officers and directors;

                  Defendants.

**JUDGMENT ORDER**

For the reasons stated in the accompanying Order entered on this day, the Court **ORDERS** this case be **DISMISSED WITHOUT PREJUDICE** and **DIRECTS** it be stricken from the docket of the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                     ENTER:    July 2, 2024

                                     ROBERT C. CHAMBERS
                                     UNITED STATES DISTRICT JUDGE